**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

Juan Antonio Aguilar,

     Petitioner,

     v.                                    Case No. 2:26-cv-02266-BCL-atc

Todd Lyons et al.,

     Respondents.

---

**ORDER DIRECTING SERVICE AND RESPONSE**

---

Petitioner, proceeding *pro se*, is a citizen of Honduras currently detained in Mason, Tennessee. Doc. 2 at 1. On March 12th, 2026, Petitioner filed a for a writ of habeas corpus under 28 U.S.C. § 2241 seeking immediate release or an individualized bond hearing under 8 U.S.C. § 1226(a). *Id.* at 4.

Petitioner is **ORDERED** to:

- Immediately serve his Section 2241 petition to Stuart Canale, Assistant United States Attorney for the Western District of Tennessee, at *either* stuart.canale@usdoj.gov or 167 North Main Street, Suite 800, Memphis, TN 38103.  Service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard given the potentially expedited nature of these proceedings.

- File a Notice of Service when he has served the Petition on the United States Attorneys Office for the Western District of Tennessee.

Respondent is **ORDERED** to file a response to the Petition within seven (7) days of service of the Section 2241 petition. Petitioner may file a reply within seven (7) days of service of the response.

**IT IS SO ORDERED**, this 17th day of March, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE