**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

Juan Antonio Aguilar,

      Petitioner,

      v.                            Case No. 2:26-cv-02266-BCL-atc

CHRISTOPHER BULLOCK,
Field Office Director of U.S. Immigration
and Customs Enforcement, New Orleans
Field Office,

      Respondent.

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner has filed a motion to proceed *in forma pauperis* on appeal. Doc. 13. To file an appeal *in forma pauperis*, and thereby avoid the appellate filing fees required, a party must file a motion in the district court, along with a supporting affidavit that details the party's inability to pay fees and costs, entitlement to redress, and issues intended to be presented on appeal. Fed. R. App. P. 24(a)(1).

Petitioner has submitted a properly completed and executed affidavit. Doc. 13 at 3–4. The information therein satisfies the burden of showing that Petitioner is unable to pay the appellate filing fees and costs. Therefore, the Motion is **GRANTED**. Petitioner may proceed on appeal without paying fees and costs.

**IT IS SO ORDERED**, this 8th day of April, 2026.

s/ *Brian C. Lea*
_____
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE

1